43 F.3d 1462
 Romero (Manuel R.)
v.
Borough of Sayreville, New Jersey, Township of Edison, New
Jersey, Burns (Michael H.), Kilcommons (Edward G.), Cox
(Alvah), Popowski (Terry), O'Hara (Michael), Cassidy
(Thomas), Lasko (Robert), Hogan (Joseph), Piekarski (Henry),
Connors (Ronald J.), Sprague (Douglas A.), Salvemini
(Charles), Farley (J. Leo)
 NO. 94-5127
 United States Court of Appeals,
Third Circuit.
 Nov 15, 1994
 
 Appeal From: D.N.J., No. 91-cv-01041,
 Debevoise, J.
 
 
 1
 AFFIRMED.